```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-01233-JJT
Cesar Manuel Gonzalez, Jr.                                              Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: PRatchfor          Page 1 of 1             Date Rcvd: May 16, 2017
                             Form ID: pdf010          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db           +Cesar Manuel Gonzalez, Jr.,   164 Horseshoe Dr.,   Effort, PA 18330-7758
4902056       BFI Financial Services,   314 Franklin St.,   Titusville, PA  16354
4914456       Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
              Eagan MN 55121-7700
4902055      +Wells Fargo/ASC,   PO Box 10388,   Des Monies, IA 50306-0388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4908686       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2017 19:07:55
              Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
              Harrisburg PA  17128-0946
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    HSBC BANK USA, etal jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**CESAR MANUEL GONZALEZ, JR.**

Debtor(s)

Chapter: 13

Case Number: 5:17-bk-01233-JJT

## ORDER DISMISSING CASE

It appearing the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Schedules A - F

Schedules I - J

Statement of Financial Affairs

B22C-2 Chapter 13 Calculation of Your Disposal Income

Employee Income Records or Certificate of No Payment Advices

B 22C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Date: May 16, 2017